THIS OPINION
 HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN
 ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 Robert Brown, Respondent,
 
 
 

v.

 
 
 
 American
 Telecommunication and Cable, Inc., Tommie L. Whetstone, Carolyn Whetstone,
 Errin J. Whetstone, and Tommie Whetstone, Jr., Defendants, 
 Of Whom Tommie
 L. Whetstone and Carolyn Whetstone are the, Appellants.
 
 
 

Appeal From Richland County
Joseph M. Strickland, Master-In-Equity

Unpublished Opinion No. 2011-UP-280
 Submitted June 1, 2011  Filed June 10,
2011

AFFIRMED

 
 
 
 William W. Watkins, of Columbia, for
 Appellants.
 Walter B. Todd, Jr. and Derrick Jackson,
 both of Columbia, for Respondent.
 
 
 

PER CURIAM:  Appellants Tommie L. Whetstone and
 Carolyn Whetstone appeal from a judgment awarded to Respondent Robert Brown,
 following a bench trial before the master-in-equity.  Appellants argue the
 trial court erred in:  (1) placing a
 higher burden of proof on the Whetstones; (2) concluding the Whetstones were
 managing officers of the corporation; (3) failing to credit the Whetstones for
 taxes paid on behalf of the corporation; (4) failing to find two properties
 were corporate assets; (5) including amounts twice from the accountant's report
 in calculating damages; (6) failing to require Brown to repay $29,250 to the
 company; and (7) failing to credit the Whetstones for $218,068.73 for payments
 made on behalf of the corporation.  We affirm[1] pursuant to Rule 220(b), SCACR, and the following authorities:  Rule 208(b)(1)(D), SCACR ("The brief shall be divided into as many parts as
 there are issues to be argued.  At the head of each part, the particular issue
 to be addressed shall be set forth in distinctive type, followed by discussion
 and citations of authority."); Ahrens
 v. State, Op. No. 26966 (S.C. Sup.
 Ct. filed May 2, 2011) (Shearouse Adv. Sh. No. 15 at 42) ("An issue raised
 on appeal but not argued in the brief is deemed abandoned and will not be
 considered by the appellate court."); First Sav. Bank v. McLean,
 314 S.C. 361, 363, 444 S.E.2d 513, 514 (1994) (declining to address an issue
 where appellant failed to provide arguments or supporting authority for his
 assertions).
AFFIRMED.
FEW, C.J., PIEPER, and
 LOCKEMY, JJ., concur.

[1] We decide this case without oral argument pursuant to
 Rule 215, SCACR.